

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-12-2001

# McLaughlin v. Watson

Precedential or Non-Precedential:

Docket 00-2377

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"McLaughlin v. Watson" (2001). *2001 Decisions.* Paper 291.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/291

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


Nos. 00-2377 and 01-1372


JOHN MCLAUGHLIN; CHARLES A. MICEWSKI;
DENNIS J. MCKEEFERY; EDWARD EGGLES

v.

ALEX WATSON, Assistant Secretary of State for the
U.S. State Department; DAVE LAWRENCE; LARRY LEIGHTLEY;
VICTORIA NAYLOR; MICHAEL STILES; DETECTIVE SILVANA;
DETECTIVE WOODS; ARNOLD GORDON; TOM CORBETT;
JOHN KELLY; MICHAEL B. FISHER; RICHARD PATTON;
LOU GENTILE; FIQUITO VASQUEZ; PENA-GOMEZ; PEDRO CORPORAN

Michael Stiles,

Appellant


On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 97-cv-01555)
District Judge: Hon. A. Richard Caputo


Argued October 9, 2001

BEFORE: SCIRICA, GREENBERG and COWEN, Circuit Judges

ORDER AMENDING SLIP OPINION


        IT IS HEREBY ORDERED that the slip opinion filed November 20, 2001,
be
amended as follows:
        Page 2, line 1 – counsel's name should be changed from Mary C. Fry,
Esq. to
Mary C. Frye, Esq.
                        By the Court,



                        /s/ Robert E. Cowen
                        Circuit Judge

Dated:  December 11, 2001